IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TIMOTHY J. POWELL<br>**Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL<br>**Moving Party**<br><br>v.<br><br>TIMOTHY J. POWELL<br>**Respondent(s)**<br><br>BONNIE B. FINKEL<br>**Trustee** | CHAPTER 7<br><br>Case No.: 18-13363 (JKF)<br><br>**Hearing Date:  7-25-18 at 1:00 PM**<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and the Certification of No Response which Movant filed, it is hereby:

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to movant with respect to the personal property described as a **2015 Hyundai Sonata** bearing vehicle identification number 5NPE24AF4FH155186 .

Date: July 30, 2018

_____
UNITED STATES BANKRUPTCY JUDGE