United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13363-jkf
Timothy J Powell                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jul 30, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
db             +Timothy J Powell,    205 Broad St,    Perkasie, PA 18944-2843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
    ALEXANDER G. TUTTLE    on behalf of Debtor Timothy J Powell agt@tuttlelegal.com, allie@tuttlelegal.com
    BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
    REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET AL ..... bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TIMOTHY J. POWELL<br>  **Debtor(s)** | |
| | CHAPTER 7 |
| AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br>  **Moving Party** | Case No.: 18-13363 (JKF) |
| | **Hearing Date:  7-25-18 at 1:00 PM** |
| v. | |
| | 11 U.S.C. 362 |
| TIMOTHY J. POWELL<br>  **Respondent(s)** | |
| BONNIE B. FINKEL<br>  **Trustee** | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

  Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and the Certification of No Response which Movant filed, it is hereby:

  **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) as to movant with respect to the personal property described as a **2015 Hyundai Sonata** bearing vehicle identification number 5NPE24AF4FH155186 .

Date: July 30, 2018

_____
UNITED STATES BANKRUPTCY JUDGE