# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy J. Powell<br>        Debtor(s) | CHAPTER 7 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2<br>        Movant<br>vs. | NO. 18-13363 JFK |
| Timothy J. Powell<br>        Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq.<br>        Trustee | |

## ORDER

AND NOW, this 17th day of August, 2018, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified to allow THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2 and its successor in title to enforce its state court rights regarding the premises 205 Broad Street Perkasie, PA 18944.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Timothy J. Powell
205 Broad Street
Perkasie, PA 18944

Alexander G. Tuttle, Esq.
315 E. Broad Street
Souderton, PA 18964

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532