United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13363-jkf
Timothy J Powell                                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Aug 17, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db              +Timothy J Powell,    205 Broad St,    Perkasie, PA 18944-2843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
          ALEXANDER G. TUTTLE    on behalf of Debtor Timothy J Powell agt@tuttlelegal.com,
          allie@tuttlelegal.com
          BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          REBECCA ANN SOLARZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON  ET AL .....
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
          Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy J. Powell | CHAPTER 7 |
| _____Debtor(s)_____ | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2 | NO. 18-13363 JFK |
| _____Movant_____ | |
| vs. | |
| Timothy J. Powell | 11 U.S.C. Section 362 |
| _____Debtor(s)_____ | |
| Bonnie B. Finkel Esq. | |
| _____Trustee_____ | |

### <u>ORDER</u>

AND NOW, this 17th day of August , 2018 ~~at Philadelphia~~, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED ~~AND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified ~~and annulled~~ to allow THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC2 and its successor in title to ~~proceed with the~~ enforce its state court rights regarding ~~~~ the premises 205 Broad Street Perkasie, PA 18944. ~~Furthermore, future bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment actions. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Timothy J. Powell
205 Broad Street
Perkasie, PA 18944

Alexander G. Tuttle, Esq.
315 E. Broad Street
Souderton, PA 18964

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532