*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                      Chapter: 7

    Timothy J Powell

Debtor(s)                                           Case No: 18−13363−jkf

---

## *ORDER*

AND NOW, 10/12/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 10/26/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                                        For The Court

                                                                                       Jean K. FitzSimon

                                                                                       Judge ,United States Bankruptcy Court